UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC DERELL BARNES,

    Plaintiff,

v.                                                      Case No. 3:25cv564-MCR-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated May 28, 2025. *See* ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Barnes' failure to prosecute and to comply with Court orders.

3.  The clerk is directed to close the case file.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv564-MCR-HTC